UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN CADY | :: | CIVIL ACTION NO. |
| Plaintiff | :: | |
| v. | :: | 3:03 CV262 (PCD) |
| | :: | |
| MENTOR CORPORATION | :: | |
| MENTOR TEXAS, INC. f/k/a | :: | |
| MENTOR H/S, INC. | :: | |
| Defendants | :: | OCTOBER 17, 2003 |

## MOTION FOR ADMISSION OF VISITING LAWYER

Pursuant to Local Rule 83.1(d), the undersigned hereby moves for the admission of John Q. Lewis, Esq., of Jones Day, North Point, 901 Lakeside Avenue, Cleveland, Ohio, as a visiting lawyer representing Defendants Mentor Corporation and Mentor Texas, Inc. f/k/a Mentor H/S, Inc.

In support hereof, the undersigned states as follows:

1. Mr. Lewis is an attorney in good standing, admitted to practice in the Supreme Court of Ohio, the United States District Court for the Northern District of Ohio, and the United States Courts of Appeals for the Third, Fifth, Sixth and Ninth Circuits.

2. Mr. Lewis has never been denied admission or disciplined by the United States District Court of Connecticut, or any other court.

3.  Mr. Lewis has represented Defendants on several occasions in similar matters, and it would benefit Defendants to have Mr. Lewis represent them in the immediate matter.

4.  In support hereof, Mr. Lewis submits an affidavit.

WHEREFORE, the undersigned hereby moves for the admission of John Q. Lewis, Esq. as a visiting lawyer in this matter.

Respectfully submitted,
Mentor Corporation and
Mentor Texas, Inc.

By: *[signature]*
Ward J. Mazzucco (Fed. No: ct05941)
Frances Codd Slusarz (Fed. No: ct24442)
Chipman, Mazzucco, Land & Pennarola, LLC
30 Main Street, Suite 204
Danbury, CT 06810-3043
Phone: (203) 744-1929
Fax: (203) 790-5954

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid and/or hand-delivered to Jonathan Katz, Esq., Jacobs, Grudberg, Belt & Dow, 350 Orange Street, New Haven, CT 06510, on this 17th day of October, 2003.

*[signature]*
Frances Codd Slusarz

F:\client based directories\Mentor\motionvisitinglawyer.DOC

2

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAREN CADY :: <br> Plaintiff :: <br> v. :: <br> :: <br> MENTOR CORPORATION :: <br> MENTOR TEXAS, INC. f/k/a :: <br> MENTOR H/S, INC. :: <br> Defendants :: | CIVIL ACTION NO. <br><br> 3:03 CV262 (PCD) <br><br><br><br><br><br> OCTOBER 13, 2003 |

### AFFIDAVIT OF JOHN Q. LEWIS
### IN SUPPORT OF MOTION FOR ADMISSION AS VISITING LAWYER

STATE OF OHIO         )
                      ) ss: Cleveland
COUNTY OF CUYAHOGA    )

JOHN Q. LEWIS, deposes and says:

1. I am above the age of 18 and believe in the obligations of an oath. I make this affidavit upon personal knowledge.

2. I am associated with the law firm of Jones Day, North Point, 901 Lakeside Avenue, Cleveland, Ohio 44114-1190, (216) 586-3939 (telephone), (216) 579-0212 (facsimile). My e-mail address is jqlewis@jonesday.com.

3. I am an attorney in good standing, admitted to practice in the Supreme Court of Ohio, the Supreme Court of the United States, the United States District Court for the Northern District of Ohio, and the United States Courts of Appeals for the Third, Fifth, Sixth and Ninth Circuits.

4. I have never been denied admission or disciplined by the United States District Court for the District of Connecticut, or any other court.

5. I have fully reviewed, and I am familiar, with the rules of the United States District Court for the District of Connecticut.

_____
John Q. Lewis

Subscribed and sworn to before me this 13th of October, 2003.

_____
Notary Public

HOLLY J. HOCKENBERRY, Notary Public
State of Ohio
My Commission Expires 05-01-06
(Recorded in Cuyahoga County)

2