UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN CADY | :: | CIVIL ACTION NO. |
| Plaintiff | :: | |
| v. | :: | 3:03 CV262 (PCD) |
| | :: | |
| MENTOR CORPORATION | :: | |
| MENTOR TEXAS, INC. f/k/a | :: | |
| MENTOR H/S, INC. | :: | |
| Defendants | :: | OCTOBER 17, 2003 |

## MOTION FOR ADMISSION OF VISITING LAWYER

Pursuant to Local Rule 83.1(d), the undersigned hereby moves for the admission of Kerry M. Renker, Esq., of Jones Day, North Point, 901 Lakeside Avenue, Cleveland, Ohio, as a visiting lawyer representing Defendants Mentor Corporation and Mentor Texas, Inc. f/k/a Mentor H/S, Inc.

In support hereof, the undersigned states as follows:

1.      Ms. Renker is an attorney in good standing, admitted to practice in the Supreme Court of Ohio, the United States District Court for the Northern District of Ohio, and the United States Court of Appeals for the Sixth Circuit.

2.      Ms. Renker has never been denied admission or disciplined by the United States District Court for the District of Connecticut, or any other court.

3.     Ms. Renker's firm has represented Defendants on several occasions in similar

matters, and it would benefit Defendants to have Ms. Renker represent them in the immediate

matter.

4.     In support hereof, Ms. Renker submits an affidavit.

WHEREFORE, the undersigned hereby moves for the admission of Kerry M. Renker,

Esq. as a visiting lawyer in this matter.

Respectfully submitted,
Mentor Corporation and
Mentor Texas, Inc.

By: _____
Ward L. Mazzucco (Fed. No: ct05941)
Frances Codd Slusarz (Fed. No: ct24442)
Chipman, Mazzucco, Land & Pennarola, LLC
30 Main Street, Suite 204
Danbury, CT 06810-3043
Phone:  (203) 744-1929
Fax:  (203) 790-5954

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid and/or hand-delivered to Jonathan Katz, Esq., Jacobs, Grudberg, Belt & Dow, 350 Orange Street, New Haven, CT 06510, on this 17th day of October, 2003.

_____
Frances Codd Slusarz

F:\client based directories\Mentor\motion visiting lawyer2.DOC

2

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
KAREN CADY                          ::          CIVIL ACTION NO.
                    Plaintiff        ::
          v.                         ::          3:03 CV262 (PCD)
                                     ::
MENTOR CORPORATION                  ::
MENTOR TEXAS, INC. f/k/a            ::
MENTOR H/S, INC.                    ::
                    Defendants      ::          OCTOBER 14, 2003
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**AFFIDAVIT OF KERRY M. RENKER
IN SUPPORT OF MOTION FOR ADMISSION AS VISITING LAWYER**

STATE OF OHIO            )
                         ) ss: Cleveland
COUNTY OF CUYAHOGA)

KERRY M. RENKER, deposes and says:

1.      I am above the age of 18 and believe in the obligations of an oath.  I make

this affidavit upon personal knowledge.

2.      I am associated with the law firm of Jones Day, North Point, 901 Lakeside

Avenue, Cleveland, Ohio 44114-1190, (216) 586-3939 (telephone), (216) 579-0212

(facsimile).  My e-mail address is kmrenker@jonesday.com.

3.    I am an attorney in good standing, admitted to practice in the Supreme Court of Ohio, the United States District Court for the Northern District of Ohio, and the United States Court of Appeals for the Sixth Circuit.

4.    I have never been denied admission or disciplined by the United States District Court for the District of Connecticut, or any other court.

5.    I have fully reviewed, and I am familiar with, the rules of the United States District Court for the District of Connecticut.

_____
Kerry M. Renker

Subscribed and sworn to before me this 14th of October, 2003.

_____
Notary Public
DEBBIE L. GARLESKY
Notary Public, State of Ohio, Cuy. Cty.
My Commission Expires Jan. 19, 2008

2