UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN CADY | :: | CIVIL ACTION NO. |
| Plaintiff | :: | |
| v. | :: | 3:03 CV262 (PCD) |
| | :: | |
| MENTOR CORPORATION | :: | |
| MENTOR TEXAS, INC. f/k/a | :: | |
| MENTOR H/S, INC. | :: | |
| Defendants | :: | OCTOBER 17, 2003 |

## MOTION FOR ADMISSION OF VISITING LAWYER

Pursuant to Local Rule 83.1(d), the undersigned hereby moves for the admission of John Q. Lewis, Esq., of Jones Day, North Point, 901 Lakeside Avenue, Cleveland, Ohio, as a visiting lawyer representing Defendants Mentor Corporation and Mentor Texas, Inc. f/k/a Mentor H/S, Inc.

In support hereof, the undersigned states as follows:

1. Mr. Lewis is an attorney in good standing, admitted to practice in the Supreme Court of Ohio, the United States District Court for the Northern District of Ohio, and the United States Courts of Appeals for the Third, Fifth, Sixth and Ninth Circuits.

2. Mr. Lewis has never been denied admission or disciplined by the United States District Court of Connecticut, or any other court.

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By _____
Deputy Clerk