UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN CADY | ) | CIVIL ACTION NO. |
| Plaintiff | ) | |
| v. | ) | 3:03 CV262 (PCD) |
| | ) | |
| | ) | |
| MENTOR CORPORATION and | ) | |
| MENTOR TEXAS, INC. f/k/a | ) | |
| MENTOR H/S, INC. | ) | |
| Defendants | ) | OCTOBER 31, 2003 |

### MOTION TO EXTEND DEADLINES TO RESPOND TO INTERRGATORIES AND REQUESTS FOR PRODUCTION

Plaintiff by counsel, moves this court to extend by 30 days the time within which she may answer and/or object to defendants' first request for documents and things to plaintiff dated October 10, 2003. Additional time is required to formulate a response. Plaintiff has not previously moved for an extension of time with respect to this deadline.

Counsel has conferred with Attorney Frances Codd Slusarz representing defendants who advises me that the defendants do not object to the extension of this deadline as long as the discovery schedule is extended by two months as set forth in the agreed motion to extend discovery schedule filed herewith.

THE PLAINTIFF,

By_____
Jonathan Katz (Fed No. ct00182)
JACOBS, GRUDBERG, BELT & DOW, P.C.
350 Orange Street
New Haven, CT 06503
Tel.: (203) 772-3100
Fax: (203) 772-1691

## CERTIFICATE OF SERVICE

It is certified that a true and correct copy of the foregoing was served, via U.S. Mail, postage prepaid, this 31st day of October, 2003 upon:

Ward J. Mazzucco (Fed. No: ct05941)
Frances Codd Slusarz (Fed No: ct24442)
Chipman, Mazzucco, Land & Pennarola, LLC
30 Main Street, Suite 204
Danbury, CT 06810-3043
Phone: (203)744-1929
Fax: (203)790-5954

Of counsel:
John Q. Lewis
Jones Day
North Point, 901 Lakeside Avenue
Cleveland, Ohio 44114
Phone: (216)586-1005
Fax: (216)579-0212

_____
Jonathan Katz

2