UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN CADY | ) | CIVIL ACTION NO. |
| Plaintiff | ) | |
| v. | ) | 3:03 CV262 (PCD) |
| | ) | |
| | ) | |
| MENTOR CORPORATION and | ) | |
| MENTOR TEXAS, INC. f/k/a | ) | |
| MENTOR H/S, INC. | ) | |
| Defendants | ) | OCTOBER 31, 2003 |

## MOTION TO EXTEND DEADLINES FOR TRIAL PREPARATION ORDER

Plaintiff by counsel, moves this court to extend the remaining deadlines of the trial preparation order by two months, so that depositions of non-expert witnesses will be completed by January 1, 2003. Dispositive motions will be filed on or before January 1, 2003. Expert discovery deadlines will be predicated upon the party's compliance with factual discovery as set forth in the order.

Additional time is necessary because the parties are in the midst of exchanging factual discovery; they are also in the process of scheduling depositions of the plaintiff and her treating physician, and negotiating a protective order for the purpose of protecting confidential information of the parties. Additional time is required to complete discovery and prepare the case for trial. Pursuant to Local Rule 9(d) the undersigned has communicated with Attorney Frances Codd Slusarz concerning this motion and is advised that the defendants do not object.