# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

KAREN CADY

   v.

MENTOR CORPORATION and
MENTOR TEXAS, INC. f/k/a
MENTOR H/S, INC.

**APPEARANCE**

CASE NUMBER: 3:03 CV262(PCD)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:   Mentor Corporation and Mentor Texas, Inc.

FILED DEC 2 2 30 PM '03 U.S. DISTRICT COURT NEW HAVEN, CONN.

| | |
|---|---|
| 12/1/03 | /s/ Kerry M. Renker |
| **Date** | **Signature** |
| CT 25295 | Kerry M. Renker |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| (216) 586-7208 | 901 Lakeside Avenue |
| Telephone Number | Address |
| (216) 579-0212 | Cleveland, OH  44114 |
| Fax Number | |
| kmrenker@jonesday.com | |
| E-mail address | |

## CERTIFICATE OF SERVICE

   This is to certify that the foregoing Appearance was mailed on this date to the following:

Mr. Kevin F. Rowe
United States District Court
District of Connecticut
Office of the Clerk
United States Courthouse
141 Church Street
New Haven, CT  06510

Jonathan Katz, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange St.
New Haven, CT  06503-0606

/s/ Kerry M. Renker
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001