# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

KAREN CADY

   v.

MENTOR CORPORATION and
MENTOR TEXAS, INC. f/k/a
MENTOR H/S, INC.

**APPEARANCE**

CASE NUMBER: 3:03 CV262(PCD)

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for:  Mentor Corporation and Mentor Texas, Inc.

FILED DEC 2 2 30 PM '03 U.S. DISTRICT COURT NEW HAVEN, CONN.

___12/1/03___  
**Date**

___CT 25295___  
**Connecticut Federal Bar Number**

___(216) 586-7208___  
**Telephone Number**

___(216) 579-0212___  
**Fax Number**

___kmrenker@jonesday.com___  
**E-mail address**

___/s/ Kerry M. Renker___  
**Signature**

___Kerry M. Renker___  
**Print Clearly or Type Name**

___901 Lakeside Avenue___  
**Address**

___Cleveland, OH  44114___

## CERTIFICATE OF SERVICE

   This is to certify that the foregoing Appearance was mailed on this date to the following:

Mr. Kevin F. Rowe
United States District Court
District of Connecticut
Office of the Clerk
United States Courthouse
141 Church Street
New Haven, CT  06510

Jonathan Katz, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange St.
New Haven, CT  06503-0606

___/s/ Kerry M. Renker___  
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001