UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN CADY | ) | CIVIL ACTION NO. |
| Plaintiff | ) | |
| v. | ) | 3:03 CV262 (PCD) |
| | ) | |
| MENTOR CORPORATION and | ) | |
| MENTOR TEXAS, INC. f/k/a | ) | |
| MENTOR H/S, INC. | ) | February 18, 2004 |
| Defendants | ) | ~~November ___, 2003~~ |

**STIPULATION OF DISMISSAL**

The undersigned counsel for all parties in this case hereby stipulate and agree that this case may be dismissed without costs and with prejudice pursuant to Federal Rule of Civil Procedure Rule 41.

THE PLAINTIIFF,

By_____
Jonathan Katz (Fed No. ct00182)
JACOBS, GRUDBERG, BELT & DOW, P.C.
350 Orange Street
New Haven, CT 06503
Tel.: (203) 772-3100
Fax: (203) 772-1691

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing was served, via U.S. Mail, postage prepaid, this 18th day of February, 2004, upon:

Jonathan Katz, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
New Haven, CT 06503

John Q. Lewis, Esq.
Kerry M. Renker, Esq.
Jones Day
North Point, 901 Lakeside Avenue
Cleveland, OH 44114

                                                        Frances Codd Slusarz

OF COUNSEL:
John Q. Lewis, Esq
Jones Day
North Point, 901 Lakeside Avenue
Cleveland, OH 11411
Phone: (216) 579-1005
Fax: (216) 579-0212

OPPOSING COUNSEL:
Jonathan Katz, Esq.
Jacobs, Grudberg, Belt & Dow
350 Orange Street
New Haven, CT 06510

Office of the Clerk of the Court
United States District Court
 for the District of Connecticut
141 Church Street
New Haven, CT 06510

THE DEFENDANTS

MENTOR CORPORATION AND
MENTOR TEXAS, INC.

_____
Ward J. Mazzucco (Fed. No: ct05941)
Frances Codd Slusarz (Fed No: ct24442)
Chipman, Mazzucco, Land & Pennarola, LLC
30 Main Street, Suite 204
Danbury, CT 06810-3043
Phone: (203)744-1929
Fax: (203)790-5954

Of counsel:

_____
John Q. Lewis
Jones Day
North Point, 901 Lakeside Avenue
Cleveland, Ohio 44114
Phone: (216)586-1005
Fax: (216)579-0212

ATTORNEYS FOR DEFENDANTS