UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN CADY | ) | CIVIL ACTION NO. |
| Plaintiff | ) | |
| v. | ) | 3:03 CV262 (PCD) |
| | ) | |
| MENTOR CORPORATION and | ) | |
| MENTOR TEXAS, INC. f/k/a | ) | |
| MENTOR H/S, INC. | ) | February 18, 2004 |
| Defendants | ) | ~~November __, 2003~~ |

**STIPULATION OF DISMISSAL**

The undersigned counsel for all parties in this case hereby stipulate and agree that this case may be dismissed without costs and with prejudice pursuant to Federal Rule of Civil Procedure Rule 41.

THE PLAINTIIFF,

By_____
Jonathan Katz (Fed No. ct00182)
JACOBS, GRUDBERG, BELT & DOW, P.C.
350 Orange Street
New Haven, CT 06503
Tel.: (203) 772-3100
Fax: (203) 772-1691

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court

By_____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN CADY | ) | CIVIL ACTION NO. |
| Plaintiff | ) | |
| v. | ) | 3:03 CV262 (PCD) |
| | ) | |
| | ) | |
| MENTOR CORPORATION and | ) | |
| MENTOR TEXAS, INC. f/k/a | ) | |
| MENTOR H/S, INC. | ) | February 18, 2004 |
| Defendants | ) | ~~November __, 2003~~ |

**STIPULATION OF DISMISSAL**

The undersigned counsel for all parties in this case hereby stipulate and agree that this case may be dismissed without costs and with prejudice pursuant to Federal Rule of Civil Procedure Rule 41.

THE PLAINTIIFF,

By_____
Jonathan Katz (Fed No. ct00182)
JACOBS, GRUDBERG, BELT & DOW, P.C.
350 Orange Street
New Haven, CT 06503
Tel.: (203) 772-3100
Fax: (203) 772-1691

FILED
FEB 24  1 24 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By_____
Deputy Clerk